

P38782/E.Rivera

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**

**08 CRIM 014**

TO:       Jim Molinelli, Miscellaneous Clerk

FROM:   Elisha Rivera, Senior United States Probation Officer

RE:       Perez-Ramos, Anna Martina

DATE:   December 26, 2007

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On January 15, 2003, the above-named individual was sentenced in the District of Maryland outlined in the attached J & C.

In November 2007, we received the Prob. 22's endorsed by the Honorable Catherine C. Blake, U.S. District Court Judge, ordering Ms. Perez-Ramos's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Elisha Rivera
Senior U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 3 2008